■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND B. MITCHELL, Appellant. [711 NYS2d 814] —Judgment unanimously affirmed. Memorandum: The waiver by defendant of the right to appeal as part of his plea of guilty encompasses his contention concerning the severity of the sentence (*see, People v Lococo*, 92 NY2d 825, 827). The waiver also encompasses the contention of defendant in his *pro se* supplemental brief that he was denied the right to testify before the Grand Jury (*see, People v Allred*, 270 AD2d 926; *People v Lynch*, 256 AD2d 651, *lv denied* 93 NY2d 1004; *People v Nesbett*, 255 AD2d 950). (Appeal from Judgment of Niagara County Court, Fricano, J.— Attempted Robbery, 1st Degree.) Present—Pine, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIS KNIGHT, Appellant. (Appeal No. 1.) [710 NYS2d 827] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: We hold the case, reserve decision and remit the matter to Supreme Court to determine, following a hearing if necessary, whether defense counsel approved the annotated verdict sheet (*see, People v Ross*, 230 AD2d 924; *People v Albert*, 225 AD2d 1097; *see also, People v Brown*, 90 NY2d 872, 874, n). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Murder, 2nd Degree.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.